[No. 2633–2. Division Two. April 19, 1978.]

FRANK SIRIANNI, *Appellant,* v. STATE GAMBLING
COMMISSION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 243613, Thomas A. Swayze, Jr., J., entered

October 29, 1978. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Soule, J.